















BAR    12/6/05    11:51

3:04-CV-01954   FEEZOR V. DE-JESUS

*72*

*O.*

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

               Plaintiff,

v.

CAROLINA LOPEZ DE-JESUS dba 7-
ELEVEN # 13570; 7-ELEVEN INC.;
ADEL YALDA; and DOES 1 through
10,

               Defendants.

Civil No.04cv1954 JAH (JFS)

ORDER VACATING HEARING
DATE [DOC. NO. 53]

On the Court's own motion, **IT IS HEREBY ORDERED** that the hearing date of
December 15, 2005 for hearing Plaintiff's motion for summary judgment [Doc. No. 53] is
VACATED. The motion is taken under submission without oral argument. *See* CivLR
7.1(d.1). The Court will issue its ruling on the motion in due course.

Dated: December 5, 2005

JOHN A. HOUSTON
United States District Judge

cc: Magistrate Judge Stormes
    All Counsel of Record

04CV1954