Case 3:04-cv-01954-JAH-NLS   Document 97   Filed 05/19/06   Page 1 of 3
USDC SCAN INDEX SHEET










```
JPP     5/22/06    10:12
3:04-CV-01954    FEEZOR V. DE-JESUS
*97*
*O.*
```

FILED

2006 MAY 19  PM 3:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Lary Feezor, | CASE NO. 04cv1954-JAH(JFS) |
|---|---|
| Plaintiff, | **ORDER TAXING COSTS** |
| vs. | |
| Carolina Lopez De-Jesus, et al, | |
| Defendants. | |

Upon application of defendants, a hearing for taxation of costs was scheduled for Tuesday, May 17, 2006. This hearing had been continued pending the final Order by Judge John A. Houston regarding the Motion for Attorney Fees and Costs. Judge Houston issued his order on May 2, 2006 denying defendant's request for Attorney Fees and Costs. Based on the ruling by Judge Houston, the request by defendants pursuant to their Bill of Cost filed on January 6, 2006 is denied in its entirety.

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | | |
| Fees of the court reporter | $2,378.00 | $0.00 |
| Fees and disbursements for printing | | |
| Fees for witnesses | $1,250.00 | $0.00 |

| | | |
|---|---|---|
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | | |
| **TOTAL COSTS TAXED** in favor of defendant | $3,628.00 | $0.00 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: May 19, 2006

W. Samuel Hamrick, Jr., Clerk of Court

_____
Nancy Prewitt, Judicial Services Specialist

cc: All Parties